to the United States Court of Appeals for the District of Columbia denied. *Emanuel Harris* for petitioners. *Maurice Friedman* for respondent.

No. 794. BLUE *v.* INDIANA. March 17, 1947. Petition for writ of certiorari to the Supreme Court of Indiana denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petition for certiorari should be granted. *John D. Shoaff* for petitioner.

No. 976. ROYAL PACKING Co. *v.* PORTER, PRICE ADMINISTRATOR. March 17, 1947. Fleming, Temporary Controls Administrator, substituted as the party respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Douglas H. Jones* for petitioner. *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Norma G. Zarky* for respondent.

No. 815. POVICH *v.* SANFORD, WARDEN. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 878. ROGERS *v.* SQUIER, WARDEN. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro*

*se. Acting Solicitor General Washington, Robert S. Er-dahl* and *Leon Ulman* for respondent.

No. 888. LUCAS *v.* UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1055. ERNEST *v.* ILLINOIS; and

No. 1066. FORSYTHE *v.* NIERSTHEIMER, WARDEN. March 17, 1947. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1089. VON SCHERER *v.* RAGEN, WARDEN. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1045. COOK *v.* INDIANA. March 17, 1947. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 1073. ELLIOTT *v.* MICHIGAN. March 17, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 1096. SMITH *v.* JEFFERSON COUNTY ET AL. See *ante,* p. 808.